## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

UPTON'S NATURALS CO. and THE  )
PLANT BASED FOODS  )
ASSOCIATION,  )
  )
      Plaintiffs,  )
  )
-vs-  )    Case No. CIV-20-938-F
  )
KEVIN STITT, in his official capacity  )
as Oklahoma Governor; and BLAYNE  )
ARTHUR, in her official capacity as  )
Oklahoma Commissioner of  )
Agriculture,  )
  )
      Defendants.  )

## <u>ORDER</u>

Before the court is Plaintiffs' Unopposed Motion to Continue Case Management Conference, doc. no. 39.

The motion is granted to the following extent:

This case is **STRICKEN** from the July 1, 2021 status and scheduling docket.

The parties are **DIRECTED** to confer with a view to agreeing on a scheduling order, the proposed agreed scheduling order to be submitted to the orders inbox of the undersigned not later than July 30, 2021.  The order shall conform to the usual scheduling order format unless the parties agree that exceptional circumstances require a deviation from that format.  (The clerk will provide a form of scheduling order in the usual format, along with a list of the available trial dockets.)  If the parties are unable to agree on a scheduling order, they shall submit their respective proposed forms of scheduling order not later than August 2, 2021.  The court will

either promptly enter a scheduling order or set the case for a telephonic status and scheduling conference.

Dated this 11th day of June, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0938p010.docx